# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2022

## NO. 03-18-00277-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, Appellant**

**v.**

**Duncan Burch, Inc., Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON JOINT MOTION TO DISMISS APPEAL
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 6, 2018. Parties have filed a joint motion to dismiss the appeal, and having considered the motion the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Both parties shall bear all costs relating to this appeal, both in this Court and in the court below.